Murray SIMMONS and Carrie C. Simmons,
Appellants,

v.

CONVENIENT INDUSTRIES, INC.,
Appellee.

Court of Appeals of Kentucky.

April 19, 1974.

Allen Schmitt and Charles I. Sandmann, Louisville, for appellant.

Bill V. Seiller, Louisville, for appellee.

Memorandum Opinion of the Court by Special Commissioner ROBERT M. SHORT, Reversing.*

Francis Edgar COX, Jr., Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

April 19, 1974.

Henry J. Curtis, Staff Attorney, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice PALMORE, Affirming.*

Martha Lane SHEPHERD, Natural Guardian and Next Friend of Cynthia Ford, an Infant, Appellant,

v.

Ronald JONES and Bill Warren, Appellees.

Court of Appeals of Kentucky.

April 19, 1974.

Wm. Donald Overbey, Overbey, Overbey & Overbey, Murray, for appellant.

H. E. Miller, Jr., McMurry & Livingston, George R. Effinger, Boehl, Stopher, Graves & Deindoerfer, Paducah, for appellees.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

* Opinion ordered not to be published.